James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| EVA CHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PENSYS, INC; FUTUREPLAN<br>ADMINISTRATIVE SERVICES, LLC.,<br><br>　　　　Defendants. | Case No.: 3:22-cv-392-VC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER GRANTING STIPULATION** |

WHEREAS, the parties previously met and conferred regarding a modified initial case management schedule and stipulated to dates for initial case management as detailed below;

WHEREAS, on March 22, 2022, the Magistrate Judge previously assigned to this case issued an order modifying then current case scheduling order in response to Defendants unopposed motion for same, setting May 2, 2022 as the deadline for counsel to meet and confer regarding initial disclosures and ADR, May 20, 2022 as the deadline to file a Rule 26(f) report, and May 27, 2022 at 2:00 PM for the initial case management conference;

WHEREAS, on April 5, 2022 the case was reassigned to this Court;

1  WHEREAS, on April 7, 2022 the Court issued a new case management order with April 13, 2022 as the deadline for the initial case management statement, and April 20, 2022 as the initial case management conference;

WHEREAS, counsel is not able to comply with these dates due to previous commitments;

WHEREFORE, the parties hereby request that the Court continue the April 13, 2022 and April 20, 2022 deadlines to May 25, and June 1, 2022, respectively, or to such later dates as would be convenient to the Court;

IT IS SO STIPULATED.


Dated:  April 14, 2022                                   BOLT KEENLEY KIM LLP

                                                        By: /s/ *James P. Keenley*
                                                            James P. Keenley
                                                            Attorneys for Plaintiff


Dated:  April 14, 2022                                   GEENBERG TRAURIG LLP

                                                        By: /s/ *Michael Slocum*
                                                            Michael Slocum
                                                            Attorneys for Defendant

## **[PROPOSED] ORDER GRANTING STIPULATION**

The Court, having considered the submission of the parties and good cause showing, hereby GRANTS the parties' stipulation to continue the case management conference and related deadlines. The parties shall meet and confer regarding initial disclosures and ADR by May 1, 2022, the initial case management statement shall be filed by May 25, 2022, and the initial case management conference is continued to May 27, 2022 at 1:00 PM, to be held via zoom.

IT IS SO ORDERED

Dated: _____

Hon. Vince Chhabria
United States District Judge